IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Christopher Smith, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| -vs- | ) | No. 14-cv-07718 |
| | ) | |
| City of Chicago, Chicago Police Officer M.M. Conway, #14005, Chicago Police Officer J.J. Dillon, #17331, and Chicago Police Officer Brownfield, #15752, | ) ) ) ) ) ) | *(Judge Andrea R. Wood)* |
| | ) | |
| *Defendants*. | ) | |

## SUPPLEMENT TO MOTION TO APPOINT SPECIAL ADMINISTRATOR FOR DECEASED PLAINTIFF

Plaintiff, by counsel and pursuant to the Court's Order of October 23, 2019, files the attached supplemental declaration of counsel and the attached declaration of Carla Jones.

In light of these submissions and for the reasons stated in the pending Motion to Appoint, ECF No. 100, the Court should therefore appoint Mary Smith as special administrator of the Estate of Christopher Smith, vacate the stay of discovery, and permit Ms. Smith to file the proposed amended complaint.

Respectfully submitted

/s/ Joel A. Flaxman
Joel A. Flaxman
ARDC No. 6292818
Kenneth N. Flaxman
200 S Michigan Ave, Ste 201
Chicago, IL 60604
(312) 427-3200
*attorneys for plaintiff*

**Exhibit 1**

# SECTION 1746 DECLARATION OF JOEL A. FLAXMAN

I declare under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

1. My name is Joel A. Flaxman. I was one of the attorneys for Christopher Smith, the plaintiff in Case Number 14-cv-07718.

2. Christopher Smith died on or about September 1, 2019, leaving no will.

3. Christopher Smith was never married. His mother is living but his father predeceased him. Christopher Smith left one living sibling and two minor children, Christopher Smith Jr. and Carion Smith.

4. Mary Smith is the mother of Christopher Smith, and she is willing to continue this suit for the benefit of her son's heirs.

5. Carla Jones is the mother of Christopher Smith's minor children.

6. Carla Jones agrees and consents to Mary Smith serving as the Special Administrator of Christopher Smith's estate.

7. I attach Carla Jones's declaration, redacted per Federal Rule of Civil Procedure 5.2, attesting to her agreement.

Dated: 11/13/19                     /s/  Joel A. Flaxman
                                         Joel A. Flaxman

Exhibit 1                                                                                   Page 1

**Exhibit 2**

# SECTION 1746 DECLARATION OF CARLA JONES

I declare under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

1. My name is Carla Jones.

2. I am over 18 years of age. My residence address is ▮ ▮ Waterloo, IA 50703.

3. I am the mother of decedent Christopher Smith's children, Christopher Smith Jr. (DOB ▮/04) and Carion Smith (DOB ▮/11).

4. I agree and consent to Mary Smith serving as the Special Administrator of Christopher's estate to continue the case pending in the United States District Court for the Northern District of Illinois as Case Number 14-cv-7718.

5. I understand that any recovery from the case, less payments for the attorneys, reimbursement for funeral expenses, and payment of any debts, will be divided between Christopher Jr. and Carion in accordance with Illinois law.

Dated: 11/2/19

_Carla Jones_
Carla Jones

Exhibit 2     Page 1