IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Mary Smith, as Special Administrator of the Estate of Christopher Smith, | ) ) ) ) No. 14-cv-7718 |
| *Plaintiff*, | ) ) ) *(Judge Wood)* |
| -vs- | ) ) |
| City of Chicago and Chicago Police Officer Brownfield, #15752, | ) ) ) |
| *Defendants*. | ) |

## AMENDED COMPLAINT

Plaintiff, by counsel and with leave of Court, files this amended complaint and alleges as follows:

1. This is a civil action arising under 42 U.S.C. § 1983. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1343 and § 1367.

2. Plaintiff Mary Smith prosecutes this action pursuant to court order as the Special Administrator of the Estate of Christopher Smith.

3. Defendant City of Chicago is an Illinois municipal corporation joined in this action as the potential indemnitor.

4. Defendant Craig Brownfield #15752 was at all relevant times acting under color of his office as a Chicago police officer. Plaintiff sues Brownfield in his individual capacity.

5. On October 3, 2012, defendant Brownfield and other Chicago police officers searched a residence in the 9300 block of South Harper in Chicago, Illinois.

6. Brownfield and the other officers claim to have found a firearm during the search of the apartment.

7. At all relevant times, Brownfield and the other officers did not have a reasonable basis to believe that plaintiff's decedent had been in possession of the above described firearm.

8. Following the search, Brownfield and the above-described officers fabricated evidence, thereby causing plaintiff to be subsequently held in custody and prosecuted for an offense. The fabricated evidence includes:

    a. Brownfield and the other officers prepared police reports containing the false statement that the residence's leaseholder had told the officers that he had seen plaintiff's decedent with the firearm the officers claim to have found;

    b. Brownfield and the other officers prepared police reports containing the false statement that the residence's

        leaseholder had told the officers that plaintiff's decedent was in possession of another firearm; and

    c. Brownfield and the other officers prepared police reports containing the false statement that the residence's leaseholder had told the officers that the brother of plaintiff's decedent had been shot and killed recently and that plaintiff's decedent stated he knew who did it and that he would take care of it himself.

9. Plaintiff's decedent was arrested on October 5, 2012. Plaintiff does not challenge the legality of the October 5th arrest.

10. Following his arrest on October 5, 2012, and as the direct and proximate result of the fabricated evidence described above, plaintiff's decedent was held in custody until he was acquitted on May 2, 2013.

11. As a result of the foregoing, plaintiff's decedent was deprived of rights secured by the Fourth and Fourteenth Amendments to the Constitution of the United States.

12. Plaintiff hereby demands trial by jury.

WHEREFORE plaintiff requests that appropriate compensatory and punitive damages be awarded against defendant Brownfield and that defendant City of Chicago be ordered to indemnify any award of compensatory damages against Brownfield.

>/s/ Joel A. Flaxman
> Joel A. Flaxman
> ARDC No. 6292818
> Kenneth N. Flaxman
> 200 S Michigan Ave Ste 201
> Chicago, IL 60604-2430
> (312) 427-3200
> *Attorneys for Plaintiff*